Gary A. Quackenbush (SBN 137752)
LAW OFFICES OF GARY A. QUACKENBUSH
12396 World Trade Drive, Suite 213
San Diego, CA 92128
Tel: 858-549-8600

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re

Amadio Daniel Valle, Jr. and
Susan Elizabeth Valle

                              Debtors.

Case No. 17-07671-LA13

**OPPOSITION TO SECURED CREDITOR, VW CREDIT, INC.'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Date: March 21, 2018
Time: 2:00PM
Hon. Louise D. Adler
Dept. 2, Rm 118

    Debtors hereby file this Opposition to Creditor VW Credit, Inc.'s Objection to Confirmation of Chapter 13 Plan. Debtors will agree to file an amended plan to move Creditor's claim from the "cram down" provision of paragraph 3.2 to paragraph 3.3 as a secured claim excluded from 11 USC §506. However, Debtors do not agree to Creditor's request to set the interest rate at 7.5%. The contractual rate of this loan is 5.99%. As Creditor notes, the Supreme Court found in <u>Till v. SCS Credit Corp.</u>, 541 U.S. 465, 479-80 (2004) that the appropriate rate of interest on secured claims should be the prime rate plus a "risk adjustment." Creditor also notes that the prime rate is 4.5%. Since the contractual interest rate falls within the <u>Till</u> guidelines, the Debtors see no reason why the rate should be adjusted upwards. Presumably, Creditor evaluated Debtors' risk of default when calculating the contractual interest rate and has not provided any evidence as to why it now believes the risk has increased.

Dated: 2/22/18

Respectfully Submitted,

X _____
Gary A. Quackenbush
Attorney for Debtor

Debtor's Status Report
Page 1 of 1