CSD 1174 [08/28/14]
Name, Address, Telephone No. & I.D. No.
Gary A. Quackenbush (SBN 137752)
Law Offices of Gary A. Quackenbush
12396 World Trade Drive, Suite 213
San Diego, CA 92128
(858) 549-8600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Amadio Daniel Valle, Jr. and Susan Elizabeth Valle

BANKRUPTCY NO. 17-07671-LA13

Debtor.

## REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13

To the Honorable Judges of the United States Bankruptcy Court:

The undersigned debtor hereby requests that the pending Chapter 13 case be dismissed without prejudice. In support of said request, debtor hereby represents:

[ X ]   This Case first commenced by the filing of a voluntary Chapter 13.

[ X ]   Debtor is unaware of any pending motion by a creditor or the Chapter 13 Trustee for conversion of the pending Chapter 13 case to a case under Chapter 7 or Chapter 11 of Title 11, United States Code.

[   ]   If checked, this case was filed by the filing of a joint petition and only one of the debtors is seeking dismissal of this case as it may apply to him or her, namely:_____.

Wherefore, Debtor(s) prays that the Chapter 13 case herein be dismissed without prejudice.

I further certify under penalty of perjury that on __5__ day of __June__, a true copy of this Request was served on the trustee indicated below:

[X]   THOMAS H. BILLINGSLEA, JR., TRUSTEE, 401 West "A" Street, Suite 1680, San Diego, CA 92101
        (For ODD numbered Chapter 13 cases)

[ ]   DAVID L. SKELTON, TRUSTEE, 525 "B" Street, Suite 1430, San Diego, CA 92101-4507
        (For EVEN numbered Chapter 13 cases)

Dated: 05/30/18

_____                                    _____
Joint Debtor                                                                    Debtor

                                                                                     _____
                                                                                     Attorney for the Debtor

CSD 1174           SUBMIT WITH ORDER DISMISSING CHAPTER 13 CASE (CSD 1176)